LAGOA, Judge.
 

 Downrite Engineering Corporation (“Downrite”) seeks review of an order granting Overland Carriers, Inc.’s (“Overland”) motion for final summary judgment. In response to the notice of appeal, Overland filed a motion to dismiss, or in the alternative, motion to temporarily relinquish jurisdiction, which asserts that the order appealed from is not a final order as it merely establishes entitlement to a judgment, but is not itself a judgment. Because “the law is settled that an order which merely grants a motion for summary judgment and does not otherwise contain the traditional words of finality is not a final order subject to appellate review,” we agree with Overland’s contention and dismiss the appeal as premature.
 
 See Lidsky Vaccaro & Montes, P.A. v. Morejon,
 
 813 So.2d 146, 149 (Fla. 3d DCA 2002). Upon the issuance of a final judgment, Downrite may seek review of said order.
 

 Appeal dismissed.